IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO COMPUTER INC, et al. | No. C 05-03356 JSW |
| Plaintiffs, | **ORDER ON MICROSOFT'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

This matter comes before the Court upon consideration of Microsoft's motion for administrative relief to file an early motion for summary judgment. Microsoft seeks relief from this Court's standing order requiring one summary judgment motion on all issues and asks to file a combined motion to dismiss and motion for summary judgment pertaining to Plaintiffs' First Amended Complaint, which it contends would be dispositive of the entire case. Plaintiffs' oppose the request on the grounds that a motion for remand is pending and on the grounds that Microsoft's motion will not resolve the entire case.

If Microsoft wishes to file a motion for summary judgment at this stage of the litigation, it may do so. The Court, however, shall not deviate from its standing order. If this litigation progresses, and Microsoft wishes to file a motion for summary judgment on other issues, it

//
//
//
//

1  should be prepared to demonstrate good cause as to why such a motion is necessary.

2  **IT IS SO ORDERED.**

4  Dated: October 6, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE