IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GO COMPUTER INC, et al.

    Plaintiffs,

v.

MICROSOFT CORPORATION,

    Defendant.

No. C 05-03356 JSW

**ORDER DENYING WITHOUT PREJUDICE MICROSOFT'S ADMINISTRATIVE MOTION**

This matter comes before the Court upon Microsoft's unopposed administrative motion to file a combined motion to dismiss and motion for summary judgment in excess of the page limits set forth in Northern District Civil Local Rule 7-2.

On September 8, 2005, Microsoft filed a similar motion before this Court within the page limitations set forth in Local Rule 7-2. The Court understands that Plaintiffs have since amended their complaint. However, notwithstanding Plaintiff's lack of opposition to the administrative motion, the Court is not willing to grant Microsoft's request based on the current state of the record. Accordingly, the administrative motion is DENIED WITHOUT PREJUDICE to a further showing as to what facts or claims raised in Plaintiffs' amended complaint prevent Microsoft from presenting its arguments within twenty-five pages.

**IT IS SO ORDERED.**

Dated: October 27, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE