# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO COMPUTER, INC.; S. JERROLD KAPLAN, <br> Plaintiff(s), <br> v. <br> MICROSOFT CORPORATION, a Washington corporation, <br> Defendant(s). | CASE NO. 3:05-CV-03356-JSW <br><br> ~~(Proposed)~~ <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Steven F. Benz, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1615 M Street, N.W., Suite 400, Washington, D.C. 20036 (202) 326-7929, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GO Computer, Inc., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: NOV 8 2005

Hon. Jeffrey S. White
United States District Judge